# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA
# WESTERN DIVISION

## CASE NO.: 5:16-CV-170

| | |
|---|---|
| BANK OF AMERICA, N.A.,<br><br>        Plaintiff,<br><br>vs.<br><br>HEATHER ANN WAYNE; ANY SPOUSE OF HEATHER ANN WAYNE; ROBERT MASSENGILL CONSTRUCTION, INC.; THE POINTE AT FLOWERS PLANTATION HOMEOWNERS ASSOCIATION, INC.; NFG#2 FEDERAL CREDIT UNION; UNITED STATES INTERNAL REVENUE SERVICE,<br><br>        Defendants. | **CLERK'S ENTRY OF DEFAULT JUDGMENT AS TO DEFENDANTS HEATHER ANN WAYNE, ROBERT MASSENGILL CONSTRUCTION, INC., AND NFG#2 FEDERAL CREDIT UNION** |

THIS CAUSE COMING BEFORE THE COURT for entry of default pursuant to Rule 55 of the Federal Rules of Civil Procedure, and upon Plaintiff's application to the Court for an entry of Default against Defendants Heather Ann Wayne, Robert Massengill Construction, Inc., and NFG#2 Federal Credit Union for their failure to file an appearance or answer, or otherwise plead in response to Plaintiff's Complaint; and

IT APPEARING TO THE COURT that Defendants Heather Ann Wayne, Robert Massengill Construction, Inc., and NFG#2 Federal Credit Union are in default for failing to plead or otherwise defend this action as required by law.

NOW THEREFORE, DEFAULT is hereby entered against Defendants Heather Ann Wayne, Robert Massengill Construction, Inc., and NFG#2 Federal Credit Union, Inc.

This the 26th day of January, 2017.

_____
Julie Richards Johnston
Clerk of Court