# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
### WESTERN DIVISION

### CASE NO.: 5:16-CV-170

| | |
|---|---|
| BANK OF AMERICA, N.A., <br><br> Plaintiff, <br><br> vs. <br><br> HEATHER ANN WAYNE; ANY SPOUSE OF HEATHER ANN WAYNE; ROBERT MASSENGILL CONSTRUCTION, INC.; THE POINTE AT FLOWERS PLANTATION HOMEOWNERS ASSOCIATION, INC.; NFG#2 FEDERAL CREDIT UNION; UNITED STATES INTERNAL REVENUE SERVICE, <br><br> Defendants. | **ORDER ALLOWING JOINT MOTION TO STAY DISCOVERY ORDER AND EXTEND TIME FOR COMPLETION OF RULE 26(F) CONFERENCE** |

THIS CAUSE COMING BEFORE THE COURT on the Parties' Joint Motion to Stay Discovery Order and Extend Time for Completion of Rule 26(f) Conference; and

IT APPEARING TO THE COURT that the parties state that they are currently involved in settlement negotiations which may resolve all claims and defenses in this action, therefore, the parties wish to avoid the expense of proceeding to discovery at this time, and wish to extend time to complete the Rule 26(f) conference in this matter as discovery may not be necessary; and

IT FURTHER APPEARING TO THE COURT that good cause exists to allow the parties request for a stay of this Court's Order for Discovery Plan entered January 26, 2017, and docketed as Document 32, and extending the time for the parties to conduct their Rule 26(f) meeting until May 26, 2017.

NOW THEREFORE IT IS HEREBY ORDERED, that Plaintiff and Defendants' Joint Motion to Stay Discovery Order and Extend Time for Completion of Rule 26(f) Conference is allowed, this Court's Order for Discovery Plan entered January 26, 2017, and docketed as Document 32 shall be stayed, and the parties' time to conduct their Rule 26(f) meeting shall be extended until May 26, 2017.

SO ORDERED. This 13 day of February 2017.

JAMES C. DEVER III
Chief United States District Judge